TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00715-CV

Shoreham Pipeline Company, Appellant

v.

Stanley Rosenthal, Appellee

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 24,217, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

PER CURIAM

 Appellant Shoreham Pipeline Company filed an unopposed motion to dismiss its
appeal based on a settlement agreement. We grant the motion and dismiss the appeal. Tex. R.
App. P. 42.1(a)(2). 

Before Justices Jones, Kidd and Yeakel

Dismissed on Appellant's Motion

File: November 16, 2000

Do Not Publish